**Anthony Leon HOOVER,**
**Plaintiff—Appellant,**

v.

**OFFICE OF THE PUBLIC DEFEND-**
**ER; Todd L. Burke, Judge; Elizabeth**
**Toomes; Pansy D. Glantor, Assistant**
**District Attorney; Clyde Southern, Jr.,**
**Probation Officer, Defendants—Ap-**
**pellees.**

No. 05–6106.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 12, 2005.

Decided: May 18, 2005.

Anthony Leon Hoover, Appellant pro se.

Before TRAXLER, KING, and
SHEDD, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Anthony Leon Hoover seeks to appeal
the district court's order adopting the
magistrate judge's recommendation and
dismissing his complaint under 42 U.S.C.
§ 1983 (2000) without prejudice. We have

reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Hoover v. Office of the Public Defender*, No. CA–04–862 (M.D.N.C. Jan. 4, 2005). We also deny Hoover's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*